IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

DAVID FINNEMAN,

                Plaintiff,

v.                                                Case No.: 5:23-CV-05034-KES

UNITED STATES DEPARTMENT OF
AGRICULTURE, RISK MANAGEMENT
AGENCY, and FEDERAL CROP
INSURANCE CORPORATION,

                Defendants.

## MOTION FOR LEAVE TO AMEND COMPLAINT

COMES NOW the Plaintiff, David Finneman, by and through counsel, and pursuant to Rule 15 of the Federal Rules of Civil Procedure, Local Rule 15.1, and this Court's October 25, 2023, Scheduling Order and Briefing Schedule, moves this Court to Amend his original Complaint to more specifically assert and enumerate the legal grounds upon which Plaintiff seeks relief. Pursuant to Local Rule 15.1, the Plaintiff has attached as Exhibit 1, a copy of the proposed amended pleading with the proposed changes highlighted or underlined so that may be easily identified.

                                                Respectfully submitted,

                                                TIESZEN LAW OFFICE, PROF LLC
                                                306 East Capital Avenue
                                                Suite 300
                                                Post Office Box 550
                                                Pierre, South Dakota 57501
                                                Phone: 605-224-1500
                                                naomic@tieszenlaw.com

/s/ Naomi R. Cromwell<br>
NAOMI R. CROMWELL<br>
South Dakota Bar No. 3054<br>
Attorney for Plaintiff

OF COUNSEL:

WENDELL L. HOSKINS II
LAW OFFICE OF
WENDELL L. HOSKINS II
404 Ward Avenue
Post Office Box 1115
Caruthersville, Missouri 63830
Phone: 573-333-2600
Fax: 573-333-2041
Wendell@WendellHoskins.com
(Admission *Pro Hac Vice*)

## CERTIFICATE OF SERVICE

I, NAOMI R. CROMWELL, attorney for Plaintiff in the above styled and numbered cause, do hereby certify that I have this day served by electronic means through the Court's electronic filing system pursuant to Fed. R. Civ. P. 5(b)(2)(E) a true and correct copy of the foregoing pleading to Stephanie Bengford, AUSA, District of South Dakota, 325 South First Avenue, Suite 300, Sioux Falls, South Dakota 57101-2638.

THIS, the 17th day of November, 2023.

/s/ <em>Naomi R. Cromwell</em><br>
NAOMI R. CROMWELL