UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| DAVID FINNEMAN,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, RISK MANAGEMENT AGENCY, and THE FEDERAL CROP INSURANCE CORPORATION,<br><br>Defendants. | 5:23-CV-05034-KES<br><br>JUDGMENT |

Pursuant to the Order Denying Motions for Summary Judgment (Docket 51), it is

ORDERED, ADJUDGED, AND DECREED that plaintiff's request for Director Review is remanded to the National Appeals Division for further proceedings consistent with the court's order.

DATED December 17, 2024

        BY THE COURT:

        /s/ *Karen E. Schreier*
        KAREN E. SCHREIER
        UNITED STATES DISTRICT JUDGE